**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000401
07-DEC-2022
08:03 AM
Dkt. 48 OGMD**

NO. CAAP-22-0000401

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MAUI REALTORS LEASING, by and through its agent,
LESLEE SKENDERIAN, Plaintiff-Appellee, v.
LORI FEROLDI, dba L & F Tax & Bookkeeping Services,
Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CASE NO. 2RC181000404)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By:  Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of Defendant-Appellant Lori Feroldi, doing business as L & F Tax & Bookkeeping Services' (**Appellant**) November 22, 2022 Motion to Dismiss the Appeal (**Motion**), Plaintiff-Appellee Maui Realtors Leasing, by and through its agent, Leslee Skenderian's (**Appellee**), November 23, 2022 Joinder to [the Motion], the papers in support, and the record, it appears that:  (1) the appeal has been docketed; (2) Appellant seeks to dismiss the appeal and for the parties to bear their own attorney's fees and costs on appeal; (3) the Motion is joined by

Appellee; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed.  The parties shall bear their own attorney's fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 7, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge